# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  3:13-CR-41 (JCH) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD PEREIRA, | : | |
| | : | |
| Defendant. | : | JANUARY 30, 2015 |

## MOTION FOR PERMISSION TO MODIFY BOND
## TO ALLOW PARTIAL PAYMENT OF ATTORNEY'S FEES AND COSTS

Defendant Richard Pereira hereby moves to modify the terms of his $300,000 appearance

bond, approximately $282,704.59 of which is secured by a 401(k) account with the Alliance

Benefit Group, to allow payment of $50,000 towards his outstanding balance with Brian Spears

LLC for attorney's fees and costs associated with his defense in this case.  In connection with

this motion, the undersigned counsel represents as follows.

1.      On February 26, 2013, the Court entered an order granting Mr. Pereira's pre-trial

release.  Pursuant to that order, Mr. Pereira executed a bond of $300,000, secured in part by

funds in his retirement account.  Alliance Benefit Group is the custodian of the account, which

has a balance of $282,704.59, as of January 19, 2015 ("Retirement Account").

2.      Apart from the appearance bond, there are no forfeiture or other court orders that

restrict Mr. Pereira's use of the Retirement Account or other assets.

3.      The undersigned counsel was retained to represent Mr. Pereira and has served as

his counsel throughout the above-referenced case.  As of January 18, 2015, Mr. Pereira's balance

with Brian Spears LLC is $429,283.49, which is the amount owed for fees and costs associated with the undersigned counsel's representation of Mr. Pereira in this case.

4.       Mr. Pereira seeks the Court's permission to borrow funds from the Retirement Account sufficient to pay Brian Spears LLC $50,000.

5.       Good cause exists for the granting of the motion because Mr. Pereira: (a) is not and has never been a flight risk, as evidenced by his appearance in court as required in every instance; (b) has no criminal history; (c) has strong ties to the Ridgefield, Connecticut community where he has lived since grade school; and (d) has been fully compliant with the conditions of his bond since his arrest in February 2013.

6.       Good cause further exists for the granting of this motion because after payment of $50,000 to Brian Spears LLC from the Retirement Account, the accounts will include sufficient surety to secure the $300,000 appearance bond.  In fact, through additional contributions to the account and increases in market value, Mr. Pereira's Retirement Account has increased from approximately $203,051.35 (as of January 31, 2013) to $282,704.59 (as of January 19, 2015). Furthermore, without selling his residence, Mr. Pereira does not otherwise have funds available to pay his attorney's fees.

7.       Undersigned counsel has corresponded with United States Probation Officer Ray Lopez, who is familiar with the supervision of Mr. Pereira's pretrial release.  Mr. Lopez has no objection to the granting of this motion.

8.       Undersigned counsel has twice emailed counsel for the Government (AUSAs Michael McGarry and Liam Brennan) and explained the nature of this request.  However, counsel is unable to ascertain the Government's position.

WHEREFORE, the defendant Richard Pereira moves to modify the terms of his $300,000 appearance bond, approximately $282,704.59 of which is secured by the Retirement Account, to allow payment of $50,000 towards his outstanding balance with Brian Spears LLC for attorney's fees and costs associated with his defense in the above-referenced case.  A proposed order is attached for the Court's consideration.

Respectfully requested,

DEFENDANT
RICHARD PEREIRA

By: /s/Brian E. Spears
    Brian E. Spears
    Federal Bar No. ct14240
    Nathan J. Buchok
    Federal Bar No. ct29132
    BRIAN SPEARS LLC
    2425 Post Road, Suite 203
    Southport, CT  06890
    Telephone:  (203) 292-9766
    Facsimile:  (203) 292-9682
    Email: bspears@brianspearsllc.com
          nbuchok@brianspearsllc.com

**<u>Certification</u>**

I hereby certify that on January 30, 2015 a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

/s/ Brian E. Spears
Brian E. Spears

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  3:13-CR-41 (JCH) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD PEREIRA, | : | |
| | : | |
| Defendant. | : | FEBRUARY ___, 2015 |

### PROPOSED ORDER

Upon review of the defendant Richard Pereira's motion to modify the terms of his $300,000 appearance bond, approximately $282,704.59 of which is secured by a 401(k) account with the Alliance Benefit Group, to allow payment of $50,000 towards his outstanding balance with Brian Spears LLC for attorney's fees and costs associated with his defense in this case, the Court hereby ORDERS as follows:

The appearance bond for Mr. Pereira is modified to permit Mr. Pereira to pay Brian Spears LLC $50,000 towards his outstanding balance for attorney's fees and costs.

Alliance Benefit Group shall allow Mr. Pereira to draw funds from the Retirement Account in his name sufficient to pay $50,000 to Brian Spears LLC.

All funds remaining in the Retirement Account after payment of $50,000 to Brian Spears LLC, shall continue to serve as surety for Mr. Pereira's appearance bond.

So ORDERED this ___ of February, 2015.

_____
Janet C. Hall
Chief Judge, United States District Court
District of Connecticut