UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13-CR-41 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| RICHARD PEREIRA, | : | |
| Defendant. | : | FEBRUARY  2 , 2015 |

## PROPOSED ORDER

Upon review of the defendant Richard Pereira's motion to modify the terms of his $300,000 appearance bond, approximately $282,704.59 of which is secured by a 401(k) account with the Alliance Benefit Group, to allow payment of $50,000 towards his outstanding balance with Brian Spears LLC for attorney's fees and costs associated with his defense in this case, the Court hereby ORDERS as follows:

The appearance bond for Mr. Pereira is modified to permit Mr. Pereira to pay Brian Spears LLC $50,000 towards his outstanding balance for attorney's fees and costs.

Alliance Benefit Group shall allow Mr. Pereira to draw funds from the Retirement Account in his name sufficient to pay $50,000 to Brian Spears LLC.

All funds remaining in the Retirement Account after payment of $50,000 to Brian Spears LLC, shall continue to serve as surety for Mr. Pereira's appearance bond.

So ORDERED this  2nd  of February, 2015.

/s/ Janet C. Hall
_____
Janet C. Hall
Chief Judge, United States District Court
District of Connecticut

5